# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ROBERT JEFFERY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV417-003 |
| BARCLAYS BANK DELAWARE, | ) ) ) | |
| Defendant. | ) | |

## ORDER

The Court **GRANTS** the parties' joint motion to stay this case pending alternative dispute resolution. Doc. 6. The Clerk shall **ADMINISTRATIVELY CLOSE** this case without prejudice to the right of any party with standing to reopen it. *See, e.g., In re Heritage Southwest Medical Group PA*, 464 F. App'x 285, 287 (5th Cir. 2012) ("administrative closure does not have any effect on the rights of the parties and is simply a docket-management device.").[1] Because this matter is stayed, the motion to extend the time to respond to the Complaint (doc. 5) is **DENIED** as moot.

---

[1] Hence, the parties need take no further action if they settle this case; it will simply remain closed.

**SO ORDERED**, this  10th  day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA