IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROBERT JEFFERY, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV417-003
 )
BARCLAYS BANK DELAWARE, )
 )
    Defendant. )
 )

O R D E R

Before the Court is the parties' Stipulation for Dismissal. (Doc. 9.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The claims of the putative class members of the uncertified class are **DISMISSED WITHOUT PREJUDICE**. This action shall remain closed.

SO ORDERED this 20th day of May 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA